| | |
|---|---|
| LEANNE L. BAKER,<br><br>Plaintiff,<br><br>v.<br><br>C R BARD INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>Defendants. | No. 1:20-cv-00277-NONE-SAB<br><br>**New Case No. 1:20-cv-00277-DAD-BAM**<br><br>ORDER RELATING AND REASSIGNING CASE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A review of the complaint in the above-captioned case reveals that it is related under this court's Local Rule 123(a) to the following related actions pending before the undersigned: *Cook v. C R Bard Inc.*, 1:19-cv-01498-DAD-BAM; *Todd v. C R Bard Inc.*, 1:19-cv-01226-DAD-BAM; *LaLonde v. C R Bard Inc.*, 1:19-cv-01516-DAD-BAM; *Broocks v. C R Bard Inc.*, 1:19-cv-01228-DAD-BAM; *Denzer v. C R Bard Inc.*, 1:19-cv-01236-DAD-BAM; *Reynolds v. C R Bard Inc.*, 1:19-cv-01238-DAD-BA; *Thompson v. C R Bard Inc.*, 1:19-cv-01239-DAD-BAM; *Boyer v. C R Bard Inc.*, 1:19-cv-01243-DAD-BAM; *Gonzalez v. C R Bard Inc.*, 1:19-cv-01316-DAD-BAM; *Karpenko v. C R Bard Inc.*, 1:19-cv-01317-DAD-BAM; and *Cronan v. C R Bard Inc.*, 2:15-cv-01418-DAD-BAM. Accordingly, assignment of the above-captioned action to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, **the court orders that the above-captioned action be reassigned to the undersigned and Magistrate Judge Barbara A. McAuliffe and that it be related to each of the eleven (11) actions listed above**.

Accordingly, documents in the above-referenced action shall bear the new case number above.

IT IS SO ORDERED.

Dated: **March 17, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE